IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, FUND TEXAS CHOICE, LILITH FUND, INC., NORTH TEXAS EQUAL ACCESS FUND, THE AFIYA CENTER, WEST FUND, AND BHAVIK KUMAR, M.D.. M.P.H., <br>     PLAINTIFFS, <br><br> V. <br><br> KEN PAXTON, ATTORNEY GENERAL OF TEXAS, CECILE YOUNG, ACTING EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, JOHN W. HELLERSTEDT, M.D., COMMISSIONER OF THE TEXAS DEPARTMENT OF STATE HEALTH SERVICES, STEPHEN BRINT CARLTON, EXECUTIVE DIRECTOR OF THE TEXAS MEDICAL BOARD, AND JAMES B. MILIKEN, CHANCELLOR OF THE UNIVERSITY OF TEXAS SYSTEM, EACH IN THEIR OFFICIAL CAPACITIES; AND DAVID ESCAMILLA, TRAVIS COUNTY ATTORNEY, IN HIS OFFICIAL CAPACITY, AND AS REPRESENTATIVE OF THE CLASS OF ALL TEXAS COUNTY AND DISTRICT ATTORNEYS WITH AUTHORITY TO PROSECUTE MISDEMEANOR OFFENSES, <br>     DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. A:18-CV-00500-LY |

**ORDER SETTING TELEPHONE STATUS CONFERENCE**

**IT IS ORDERED** that the above styled and numbered cause is set for a **TELEPHONE**

**STATUS CONFERENCE** at **10:30 a.m., Austin time, Thursday, July 23, 2020.** Counsel may call in to the court's conference line at **(877) 873-8017; Access Code 7996289.**

SIGNED this **21st** day of July, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE