IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 JUL 23  PM 2: 17

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH | § | |
| ALLIANCE, FUND TEXAS CHOICE, | § | |
| LILITH FUND, INC., NORTH TEXAS | § | |
| EQUAL ACCESS FUND, THE AFIYA | § | |
| CENTER, WEST FUND, AND BHAVIK | § | |
| KUMAR, M.D.. M.P.H., | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CAUSE NO.  A:18-CV-00500-LY |
| | § | |
| KEN PAXTON, ATTORNEY GENERAL | § | |
| OF TEXAS, CECILE YOUNG, ACTING | § | |
| EXECUTIVE COMMISSIONER OF THE | § | |
| TEXAS HEALTH AND HUMAN | § | |
| SERVICES COMMISSION, JOHN W. | § | |
| HELLERSTEDT, M.D., | § | |
| COMMISSIONER OF THE TEXAS | § | |
| DEPARTMENT OF STATE HEALTH | § | |
| SERVICES, STEPHEN BRINT | § | |
| CARLTON, EXECUTIVE DIRECTOR | § | |
| OF THE TEXAS MEDICAL BOARD, | § | |
| AND JAMES B. MILIKEN, | § | |
| CHANCELLOR OF THE UNIVERSITY | § | |
| OF TEXAS SYSTEM, EACH IN THEIR | § | |
| OFFICIAL CAPACITIES; AND DAVID | § | |
| ESCAMILLA, TRAVIS COUNTY | § | |
| ATTORNEY, IN HIS OFFICIAL | § | |
| CAPACITY, AND AS | § | |
| REPRESENTATIVE OF THE CLASS OF | § | |
| ALL TEXAS COUNTY AND DISTRICT | § | |
| ATTORNEYS WITH AUTHORITY TO | § | |
| PROSECUTE MISDEMEANOR | § | |
| OFFENSES, | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is the above styled and numbered action, which the court stayed on February

26, 2020, pending further order of the court and the Supreme Court of the United States's resolution

of *June Medical L.L.C. v. Russo*, No. 18-1323, ___ U.S. ___, 2020 WL 3492640 (2020).  On July

22, 2020, the court held a telephone status conference at which Plaintiffs, the State Defendants, and

Defendant David Escamilla appeared by counsel.  Having considered the case file, the comments by

counsel, and the applicable law,

**IT IS ORDERED** that the stay ordered February 26, 2020, is **LIFTED**.

**IT IS FURTHER ORDERED** that Plaintiffs may file supplemental briefing to the extent

discussed during the telephone conference, not to exceed 10 pages, on or before August 6, 2020.

**IT IS FURTHER ORDERED** that Defendants may file supplemental briefing in response,

not to exceed 5 pages, on or before August 13, 2020.

SIGNED this _23rd_ day of July, 2020.


LEE YEAKEL
UNITED STATES DISTRICT JUDGE