IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; et al., § § § § | |
| vs. § | Case No. 1:18-cv-500-LY |
| KEN PAXTON, Attorney General of Texas, in his official capacity; et al. § § § § | |

### NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Lawyering Project |
| Street | 41 Schermerhorn Street #1056 |
| City, State, Zip | Brooklyn, NY 11201 |
| Telephone/Fax | (646) 490-1080 / (646) 480-8756 |
| State Bar # | NY 5543194 |

Respectfully submitted,

*/s/ Juanluis Rodriguez*

Juanluis Rodriguez

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on December 18, 2020, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                                  */s/ Juanluis Rodriguez*
                                                  *Juanluis Rodriguez*