## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KEN PAXTON, Attorney General of Texas, in his official capacity; *et al.*, | ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION

CASE NO. 1:18-CV-00500-LY

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all Plaintiffs hereby dismiss the above-captioned action, in its entirety, without prejudice. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without prejudice by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i); *see Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977) ("As the plain terms of [the rule] establish, a plaintiff has an absolute right to dismiss a lawsuit before the defendant has filed an answer or summary judgment motion."). To date, no Defendant in this action has served an answer or motion for summary judgment.

Plaintiffs' notice is "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam), *as revised* (May 15, 2015).

2

Dated: July 21, 2022

Respectfully submitted,

/S/ *Stephanie Toti*

| | |
|---|---|
| Stephanie Toti<br>LAWYERING PROJECT<br>25 Broadway, Fl. 9<br>New York, NY 10004<br>646-490-1083<br>stoti@lawyeringproject.org | Patrick J. O'Connell<br>LAW OFFICES OF PATRICK J. O'CONNELL, PLLC<br>2525 Wallingwood Dr., Bldg. 14<br>Austin, TX 78746<br>512-852-5918<br>pat@pjofca.com |

Rupali Sharma\*
LAWYERING PROJECT
113 Bonnybriar Rd.
South Portland, ME 04106
908-930-6445
rsharma@lawyeringproject.org

\*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 21, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/S/ Stephanie Toti*
Stephanie Toti
