IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
22 JUL 22 AM 9:29
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, FUND TEXAS CHOICE, LILITH FUND, INC., NORTH TEXAS EQUAL ACCESS FUND, THE AFIYA CENTER, WEST FUND, AND BHAVIK KUMAR, M.D.. M.P.H., § § § § § § § PLAINTIFFS, § § V. § CAUSE NO. A:18-CV-00500-LY § KEN PAXTON, ATTORNEY GENERAL OF TEXAS, CECILE YOUNG, ACTING EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, JOHN W. HELLERSTEDT, M.D., COMMISSIONER OF THE TEXAS DEPARTMENT OF STATE HEALTH SERVICES, STEPHEN BRINT CARLTON, EXECUTIVE DIRECTOR OF THE TEXAS MEDICAL BOARD, AND JAMES B. MILIKEN, CHANCELLOR OF THE UNIVERSITY OF TEXAS SYSTEM, EACH IN THEIR OFFICIAL CAPACITIES; AND DAVID ESCAMILLA, TRAVIS COUNTY ATTORNEY, IN HIS OFFICIAL CAPACITY, AND AS REPRESENTATIVE OF THE CLASS OF ALL TEXAS COUNTY AND DISTRICT ATTORNEYS WITH AUTHORITY TO PROSECUTE MISDEMEANOR OFFENSES, DEFENDANTS. | |

**ORDER CLOSING CASE**

Before the court in the above styled and numbered cause is Plaintiffs' Notice of Voluntary Dismissal filed July 21, 2022 (Doc. #103). Plaintiffs voluntarily dismiss this action without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 22nd day of July, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE